UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8081-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TICO DAKTARI HOLMAN,
    Defendant.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

THIS CAUSE come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, October 13, 2006**, at **10:30 a.m.**, tentatively, in Courtroom 205C, at the U.S. Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida. Counsel representing the parties should contact the courtroom deputy at 561/803-3450, at least 48 hours prior to the hearing, to verify the location.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _3RD_ day of October, 2006.

copy furnished:
AUSA John C. McMillan, Jr.
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

                                    Daniel T. K. Hurley
                                  United States District Judge